## COURT OF APPEALS, MARCH TERM, 1849.

### JAMES WRIGHT, Appellant, vs. WM. DOUGLASS, Respondent.

An appeal will not lie from the decision of the Supreme Court on a *case:* there must be a *bill of exceptions* or *special verdict.*

So, held, where there was a trial in an action of ejectment, and a verdict taken subject to the opinion of the Supreme Court upon a case to be made—which was made, and the general term gave judgment for the Defendant on the case—which order was appealed to this court. (See *Livingston* v. *Radcliff and others*, ante, page 417.)

This cause was brought on to argument, March 23, 1849.

J. A. COLLIER, *for Appellant.*
B. DAVIS NOXON, *for Respondent.*

It appeared that the appeal was brought upon an order of the Supreme Court, giving judgment for the Defendant on a case. The action was ejectment. On the trial, upon the evidence produced, it was agreed that a verdict should be taken for the Plaintiff, subject to the opinion of the Supreme Court upon a case to be made. A case was made, and the Supreme Court (at general term) gave judgment for the Defendant on the case. From this order the appeal was taken to this court.

THE COURT decided that an appeal would not lie from the decision of the Supreme Court on a *case:* there must be a *bill of exceptions* or *special verdict.* The code has not given a review in this court where none existed before; but has only changed the form of proceeding—an appeal having been substituted, in cases at law, for a writ of error.